UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| S-EVERGREEN HOLDING CORP, <br><br> Plaintiff, <br><br> v. <br><br> AON RISK INSURANCE SERVICES WEST INC, <br><br> Defendants. | Case No. C19-1589 RSL-TLF <br><br> ORDER AMENDING PRETRIAL SCHEDULE |

This matter comes before the Court on the parties' Stipulated Motion to Extend Pretrial Deadlines and Trial Date. Dkt. 20. The parties inform the Court they have worked cooperatively to accommodate delays caused by the current COVID-19 pandemic. Dkt. 20. However, due the delays caused by the current pandemic, the parties request additional time to complete discovery, engage experts, and meaningfully explore avenues for resolving this matter. Dkt. 20.

The Court, having reviewed the record and the parties' Stipulated Motion (Dkt. 20), hereby ORDERS:

(1) The parties' Stipulated Motion (Dkt. 20) is GRANTED; and

(2) The deadlines set forth in the previous Order Setting Pretrial Schedule (Dkt. 15) shall be amended and the parties shall now conform to the following revised deadlines:

ORDER AMENDING PRETRIAL SCHEDULE - 1

| Event | Date |
|---|---|
| Disclosure of plaintiff's expert witnesses | November 12, 2020 |
| Disclosure of defendant's expert witnesses | December 13, 2020 |
| Disclosure of rebuttal witnesses | January 21, 2021 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | Noting Date<br><br>March 11, 2021 |
| Discovery (including meet-and-confer meetings) completed by | March 18, 2021 |
| Last date to serve responses to interrogatories and responses to requests for production, and to take depositions; target date for scheduling settlement conferences of attorneys | March 18, 2021 |
| Dispositive Motion Deadline | April 21, 2021 |

Dated this 15th day of June, 2020.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER AMENDING PRETRIAL SCHEDULE - 2