UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| S-EVERGREEN HOLDING CORP,<br><br>               Plaintiff,<br>    v.<br><br>AON RISK INSURANCE SERVICES WEST INC,<br><br>              Defendants. | Case No. C19-1589 RSL-TLF<br><br>ORDER GRANTING MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion to Extend Parties' Expert Disclosure Deadlines. Dkt. 23.

The parties stipulate to a four-week extension of the parties' expert disclosure deadlines. Based on the parties' stipulated motion and the balance of the record, the Court hereby ORDERS:

(1) The parties' stipulated motion (Dkt. 23) is GRANTED; and

(2) The deadlines set forth in the Court's scheduling order (Dkt. 21) remain intact, except -- the expert disclosure deadlines are hereby amended and the parties shall now conform to the following revised deadlines:

| Event | Date |
|---|---|
| Disclosure of plaintiff's expert witnesses | December 9, 2020 |
| Disclosure of defendant's expert witnesses | January 9, 2021 |
| Disclosure of rebuttal witnesses | February 17, 2021 |

Dated this 19th day of October, 2020.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES - 2