UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S-EVERGREEN HOLDING CORP,<br><br>Plaintiff,<br><br>v.<br><br>AON RISK INSURANCE SERVICES WEST INC,<br><br>Defendant. | Case No. C19-1589-RSL-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge (Dkt. # 71), defendant's objections to the Report and Recommendation (Dkt. # 72), plaintiff's opposition to defendant's objections to the Report and Recommendation (Dkt. # 73), and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;
2. The Court DENIES summary judgment in accordance with the Report and Recommendation;
3. The Court DENIES plaintiff's motion to strike the expert report of Frederick Fisher; and
4. The Clerk of Court is directed to send a copy of this Order to all counsel of record and to the Honorable Theresa L. Fricke.

DATED this 23rd day of August, 2022.

Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1